IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA POUNDS,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and UNITED AUTO CREDIT,<br><br>Defendants. | 8:21CV195<br><br>**SHOW CAUSE ORDER** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant United Auto Credit, and Defendant United Auto Credit has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until September 13, 2021 to show cause why the claims against United Auto Credit should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of those claims without further notice.

Dated this 23rd day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge